**JEN–PAC TRAVEL SERVICE, INC.**, Plaintiff–Appellee, v. **FUNG LEE KWONG COMPANY, LTD.**, Defendant–Appellant

NO. 14831

(CIV. NO. 89–2951–09)

JUNE 20, 1991

LUM, C.J., PADGETT, HAYASHI, WAKATSUKI, AND MOON, JJ.

OPINION OF THE COURT BY PADGETT, J.

This is an appeal from a summary judgment entered below in a contract action. We reverse because the trial court did not have jurisdiction of the case.

The principal amount of the loan sued on was alleged to be $3,459.60. Counsel for the appellee concedes, and we hold, that since the principal amount was less than $5,000, the circuit court

had no jurisdiction under HRS § 604–5(a). That section specifically provides that interest, attorney's fees and costs cannot be included in calculating the jurisdictional amount. Reversed and remanded with instructions to dismiss the case.

*Phillip J. French* (*Grant K. Kidani* and *Robert S.N. Young*, Kidani–Crudele, on the opening brief; and *David C. Schutter* and *Paul D. Hicks* with him on the reply brief, Schutter & Glickstein) for appellant.

*Jack C. Morse* for appellee.